UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00057-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMUEL GRAFEL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing Hearing is rescheduled for **Tuesday, August 31, 2010, at 9a.m.** The hearing is scheduled for three hours.

    May 12, 2010