UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00057-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMUEL GRAFEL,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing Hearing in this case is rescheduled for **Tuesday, October 5, 2010, at 1:30 p.m.** The hearing is scheduled for three hours.

    September 1, 2010